# United States Court of Appeals
# for the Fifth Circuit

───────────

No. 22-50608
Summary Calendar

───────────

United States of America,

*Plaintiff—Appellee*,

versus

Kristopher Sean Matthews,

*Defendant—Appellant*.

United States Court of Appeals
Fifth Circuit
**FILED**
May 18, 2023
Lyle W. Cayce
Clerk

──────────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CR-488-1

──────────────────────────────

Before King, Higginson, and Willett, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the brief on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.